Argued and submitted January 10, reversed and remanded February 13, 2008

Brian MATTSON
and Janet Mattson,
*Plaintiffs-Appellants,*

*v.*

WEST HILLS HOMES, INC.,
an inactive Oregon corporation,
and West Hills Development Company,
an Oregon corporation,
*Defendants-Respondents.*

Brian MATTSON
and Janet Mattson,
*Cross-Claim Plaintiffs-Appellants,*

*v.*

WEST HILLS HOMES, INC.,
an inactive Oregon corporation;
and West Hills Development Company,
an Oregon corporation,
*Cross-Claim Defendants-Respondents.*

*and*

KINGSMEN PLASTERING, INC.,
a Washington corporation,
*Cross-Claim Defendant.*

WEST HILLS HOMES, INC.,
an inactive Oregon corporation,
and West Hills Development Company,
an Oregon corporation,
*Third-Party Plaintiffs,*

*v.*

K2 INC.,
a Delaware corporation,
fka Simplex Prod. Div. of K2 Inc.,
dba Finestone Corp.,
a foreign corporation;
Kingsmen Plastering, Inc.,
a Washington corporation;
Jim Fisher Roofing and Construction, Inc.,
an Oregon corporation;

Tri-Span Construction, Inc.,
an Oregon corporation;
Milgard Manufacturing Incorporated;
Carrizales Construction, Inc.;
and Sage's Siding, Inc.,
*Third-Party Defendants.*

KINGSMEN PLASTERING, INC.,
a Washington corporation,
*Fourth-Party Plaintiff,*

*v.*

Demian DAWSON,
dba Spectra Caulking Inc.,
*Fourth-Party Defendant.*

Washington County Circuit Court
C044461CV; A131515

178 P3d 312

Robert W. Wilkinson argued the cause for appellants. With him on the briefs were Ball Janik LLP, and Phillip E. Joseph.

Beth Cupani argued the cause for respondents. On the brief were Robert A. Muth, Lisa E. Lear, and Bullivant Houser Bailey PC.

Before Wollheim, Presiding Judge, and Sercombe, Judge, and Riggs, Senior Judge.

PER CURIAM

Reversed and remanded. *Harris v. Suniga,* 209 Or App 410, 149 P3d 224 (2006), *rev allowed,* 342 Or 410 (2007).